JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL HARRIS,<br>Plaintiff,<br>v.<br>PATRICK AUTOMOTIVE LLC, et al.,<br>Defendants. | Case No. CV 26-8179 FMO (DSRx)<br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 14th day of September, 2026.

/s/

Fernando M. Olguin
United States District Judge